```
ERIC J. RATINOFF / SBN: 166204
MARLA C. STRAIN / SBN: 132142
ERIC RATINOFF LAW CORP.
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 970-9100
Facsimile: (916) 246-1696
Email: eric@ericratinoff.com
Email: mstrain@ericratinoff.com

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER URPS, an individual, JAMES URPS, an individual, and JOSHUA URPS, an individual<br><br>Plaintiffs,<br><br>v.<br><br>JOHN CURTIS SKAGGS, an individual, RIVERSIDE TRANSPORT INC., a Delaware corporation; PENSKE TRUCK LEASING CORPORATION, a Delaware corporation; and DOES 1 through 15, inclusive,<br><br>Defendants. | Case No.: 2:16-CV-02185-VGC<br>THE HONORABLE VINCE G. CHHABRIA<br><br>STIPULATION AND [PROPOSED] ORDER FOR AN ORDER GRANTING LEAVE TO PLAINTIFF TO FILE FIRST AMENDED COMPLAINT<br><br>Case Removed: September 14, 2016 |

WHEREAS, Plaintiff seeks a court order for leave to amend their complaint to add a new party, namely, TRANSCO LINES, INC., as a defendant;

WHEREAS, Plaintiffs and Defendant stipulate to Plaintiff filing of the First Amended Complaint, which is attached hereto as Exhibit A; and,

WHEREAS, the parties agree that Defendant preserve all rights to file a responsive pleading to Plaintiff's First Amended Complaint, including cross-claims for indemnification, contribution, and declaratory relief against TRANSCO LINE, INC.

///

STIPULATION AND [PROPOSED] ORDER
GRANTING LEAVE TO PLAINTIFF TO FILE FIRST AMENDED COMPLAINT
2:16-CV-02185-VGC

1   WHEREAS, the parties stipulate and agree that the amendment of the operative complaint
2   does not require the filing of a new responsive pleading by defendant Riverside. Accordingly, the
3   parties stipulate and agree that the answer filed by Riverside to the initial complaint shall be
4   effective to the First Amended Complaint and a new answer need not be filed by Riverside

5   NOW THEREFORE, Plaintiff and Defendant, by and through their respective attorneys of
6   record, jointly request that the Court issue an order granting Plaintiff leave to file a First
7   Amended Complaint.

8   IT IS SO STIPULATED.

9   Dated: 11·30·16 , 2016    ERIC RATINOFF LAW CORP.

11   By: _____
12   MARLA C. STRAIN
     401 Watt Avenue
13   Sacramento, CA 95864
     Telephone: (916) 970-9100
14   Facsimile: (916) 246-1696
     *Attorneys for Plaintiffs*

15   Dated: 11.30.2016 , 2016    SELMAN BREITMAN, LLP

18   By: _____
     BRADFORD G. HUGHES
19   MICHELLE ROSENBERG
     11766 Wilshire Blvd., Sixth Floor
20   Los Angeles, CA 90025
     Telephone: (310) 445-0800
21   Facsimile: (310) 473-2525
     *Attorneys for Defendant*

23   IT IS SO ORDERED.
24   Dated: December 6, 2016
     _____
     UNITED STATES DISTRICT JUDGE

EXHIBIT A

| | |
|---|---|
| ERIC J. RATINOFF, SBN 166204 | |
| MARLA C. STRAIN, SBN 132142 | |
| ERIC RATINOFF LAW CORP. | |
| 401 Watt Avenue | |
| Sacramento, CA 95864 | |
| Telephone: (916) 970-9100 | |
| Facsimile: (916) 246-1696 | |

Attorneys for Plaintiffs
JENNIFER URPS, JAMES URPS
and JOSHUA URPS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER URPS, JAMES URPS, and JOSHUA URPS, | Case No.: 2:16-cv-02185-VGC |
| | THE HONORABLE VINCE G. CHHABRIA |
| Plaintiffs, | |
| v. | FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL |
| JOHN CURTIS SKAGGS, RIVERSIDE TRANSPORT INC., PENSKE TRUCK LEASING CORPORATION; and DOES 1 through 15, inclusive, | |
| Defendants. | Case Removed: September 14, 2016 |

Plaintiffs, JENNIFER URPS, JAMES URPS, AND JOSHUA URPS, complain of Defendants, JOHN CURTIS SKAGGS; RIVERSIDE TRANSPORT INC.; PENSKE TRUCK LEASING CORPORATION; DOE1 1, TRANSCO LINES, INC. and DOES 2 through 15, and each of them, and as for a First Cause of Action, allege as follows:

### FIRST CAUSE OF ACTION

(Personal Injury)

1. The true names and capacities, whether individual, corporate, associate or otherwise, of the Defendants, DOE 1, TRANSCO LINES, INC. and DOES 2 through 15, inclusive, are unknown to Plaintiffs, who therefore sue such Defendants by such fictitious names, and Plaintiffs will amend this complaint to show their true names and capacities when the same have been ascertained. Plaintiffs are informed and believe, and thereon allege that each of the

-1-

Defendants, DOES 1 through 15, inclusive, are responsible under law in some manner, negligently, in warranty, strictly, or otherwise, for the events and happenings herein referred to and proximately thereby caused injuries and damages to Plaintiffs as herein alleged.

2. Plaintiffs are now, and at all times herein mentioned were, citizens of and residents within the County of Sacramento, State of California. The amount in controversy exceeds the jurisdictional minimum of the Court.

3. Defendants, and each of them, are now, and at all times herein mentioned were, citizens of and residents within the State of California, County of Sacramento or doing business in the State of California, County of Sacramento or public entities in the State of California, County of Sacramento and the amount in controversy exceeds the minimum jurisdictional limits of the Court.

4. At all times herein mentioned, each of the Defendants was the agent, employee, principal, or employer of each of the remaining Defendants and was at all times relevant acting within the course and scope of said relationships and each Defendant has authorized, ratified and approved the acts of each of the remaining Defendants.

5. Plaintiffs are informed and believe and thereon allege that, at all times herein mentioned, Defendants, PENSKE TRUCK LEASING CORPORATION; RIVERSIDE TRANSPORT INC.; DOE 1, TRANSCO LINES, INC. and DOES 2 through 5, and each of them, were the owners of a 2015 Freight Truck motor vehicle, license plate number 2225748, with an attached Trailer, plate number 2250318, referred to in this complaint as Defendants' motor vehicle.

6. Defendants, PENSKE TRUCK LEASING CORPORATION; RIVERSIDE TRANSPORT INC., DOE 1, TRANSCO LINES, INC. and DOES 2 through 5, and each of them, also negligently hired, trained, and or supervised Defendants JOHN CURTIS SKAGGS; and DOES 6-10 in such a fashion as to cause and/or contribute to the occurrence of the incident described herein.

7. Plaintiffs are informed and believe and therefore allege that, at all times herein mentioned, JOHN CURTIS SKAGGS; and DOES 6 through 10, and each of them, were driving

-2-

the aforementioned motor vehicle with the knowledge, consent and permission of Defendants, RIVERSIDE TRANSPORT INC.; PENSKE TRUCK LEASING CORPORATION; DOE 1, TRANSCO LINES, INC. and DOES 2 through 5, and each of them.

8. That on June 21, 2015, the Defendants, and each of them, so negligently entrusted, managed, maintained, drove, operated, repaired, manufactured, and designed said automobile in a dangerous and negligent manner along and upon westbound I10 at MP 89 by failing to stop for traffic, and colliding with the rear end of the vehicle which Plaintiff, JENNIFER URPS, was driving and Plaintiff, JOSHUA URPS was riding as a passenger, so as to proximately thereby cause the hereinafter described injuries and damages to Plaintiffs.

9. As a proximate result of the negligence of Defendants, and each of them, Plaintiffs, JENNIFER URPS and JOSHUA URPS were hurt and injured in their health, strength and activity, sustaining injury to their bodies and shock and injury to their nervous systems and persons, all of which said injuries caused and continue to cause Plaintiffs great mental, physical, and nervous pain and suffering. Plaintiffs, JENNIFER URPS and JOSHUA URPS, are informed and believe, and thereon allege, that said injuries will result in some permanent disabilities to the Plaintiffs, all to their general damage in a sum in excess of the minimum jurisdictional limits of the Court, and that they are entitled to prejudgment interest on that amount when determined, from the date of Plaintiffs' CCP 998 Offers to Compromise.

10. As a further proximate result of the said negligence of Defendants, and each of them, Plaintiffs, JENNIFER URPS and JOSHUA URPS, were prevented from attending to their usual occupations, and will be prevented from doing so in the future and will prevent (or suffer limitation to their future earning capacity) from all to Plaintiffs' further damage in an amount unknown at this time, and Plaintiffs will ask leave to amend this complaint to show the exact amount when determined. Further, Plaintiffs are entitled to prejudgment interest on said amounts when determined from the date of Plaintiffs' CCP 998 Offers to Compromise.

11. That as a further proximate result of the said negligence of Defendants, and each of them, Plaintiffs, JENNIFER URPS and JOSHUA URPS, were required to employ, and will be required in the future to employ, physicians and surgeons to examine, treat and care for them and

-3-

FIRST AMENDED COMPLAINT
2:16-cv-02185-VGC

1  did incur, and will in the future incur, medical and incidental expenses. The exact amount of such
2  expense is unknown to Plaintiffs at this time, and Plaintiffs will ask leave to amend this pleading
3  to set forth the exact amount thereof when the same is ascertained, and any and all prejudgment
4  interest from the date of said injuries.

5       Plaintiffs, JENNIFER URPS, JAMES URPS, AND JOSHUA URPS, complain of
6  Defendants, JOHN CURTIS SKAGGS; RIVERSIDE TRANSPORT INC.; PENSKE TRUCK
7  LEASING CORPORATION; DOE 1, TRANSCO LINES, INC. and DOES 2 through 15, and
8  each of them, and as for a Second Cause of Action, allege as follows:

## SECOND CAUSE OF ACTION

### (Loss of Consortium)

11    12.  Plaintiffs reallege and reaffirm each and every paragraph and allegation above as if
12  fully rewritten herein.

13    13.  At all times herein mentioned, JENNIFER URPS and JAMES URPS are married
14  and are husband and wife.

15    14.  As a proximate result of the negligence of defendants, and each of them, and of
16  JENNIFER URPS' resulting injuries, JAMES URPS has been deprived of the services of his wife
17  by reason of her inability to carry on her usual duties and loss of consortium. Plaintiff, JAMES
18  URPS, is informed and believes, and thereon alleges, that the said injuries to his wife are of a
19  permanent nature, and that he will be deprived of her services, love, affection, comfort, care and
20  society for a long period in the future, all to his general damage in an amount in excess of the
21  minimum jurisdictional limits of this Court, together with prejudgment interest thereon from the
22  date of the incident herein.

23    WHEREFORE, Plaintiffs pray for judgment against the Defendants, and each of them,
24  for:

25    1.  General damages in a sum in excess of the minimum jurisdictional limits of the
26  Court;

27    2.  All medical and incidental expenses according to proof;

28    3.  All future medical and incidental expenses according to proof;

-4-

4. All loss of earnings according to proof;

5. All prejudgment interest on general and special damages from the date of Plaintiff's Code of Civil Procedure §998 offer to compromise;

6. All costs of suit;

7. Such other and further relief as this Court may deem just and proper.

DATED: November ___, 2016        ERIC RATINOFF LAW CORP.

By: _____
MARLA C. STRAIN
Attorneys for Plaintiffs
JENNIFER URPS, JOSHUA URPS,
and JAMES URPS

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE THAT, Plaintiffs JENNIFER URPS, JAMES URPS and JOSHUA URPS demands a trial by jury in the above entitled matter.

DATED: November ___, 2016        ERIC RATINOFF LAW CORP.

By: _____
MARLA C. STRAIN
Attorneys for Plaintiffs
JENNIFER URPS, JOSHUA URPS,
and JAMES URPS

## PROOF OF SERVICE

I am a citizen of the United States, over the age of 18 years, not a party to the within action, employed in the County of Sacramento, California, and my business address is 401 Watt Avenue, Sacramento, California 95864.

On this date, I electronically filed the foregoing documents

**STIPULATION AND PROPOSED ORDER FOR AN ORDER GRANTING LEAVE TO PLAINTIFF TO FILE FIRST AMENDED COMPLAINT**

with the United States District Court, Eastern District of California by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system on the following parties:

Bradford G. Hughes
Michelle Rosenberg
Selman Breitman LLP
11766 Wilshire Blvd., Sixth Floor
Los Angeles, CA 90025
Telephone: (310) 445-0800
Facsimile: (310) 473-2525

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on November 30, 2016, at Sacramento, California.

*/s/ Karen Benzler*
Karen Benzler

-1-