ERIC J. RATINOFF / SBN: 166204
MARLA C. STRAIN / SBN: 132142
MADISON M. SIMMONS / SBN: 292185
**ERIC RATINOFF LAW CORP.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 970-9100
Facsimile: (916) 246-1696
Email: eric@ericratinoff.com
Email: mstrain@ericratinoff.com
Email: msimmons@ericratinoff.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER URPS, an individual, JAMES URPS, an individual, and JOSHUA URPS, an individual<br><br>Plaintiffs,<br><br>v.<br><br>JOHN CURTIS SKAGGS, an individual, RIVERSIDE TRANSPORT INC., a Delaware corporation; PENSKE TRUCK LEASING CORPORATION, a Delaware corporation; and DOES 1 through 15, inclusive,<br><br>Defendants. | Case No.: 2:16-CV-02185-VGC<br>THE HONORABLE VINCE G. CHHABRIA<br><br>[~~PROPOSED~~] **ORDER TO DISMISS DEFENDANT PENSKE TRUCK LEASING COMPANY**<br><br>Case Removed: September 14, 2016 |

Having read the parties' stipulation and good cause appearing therefore, it is hereby ordered that

1. Defendant PENSKE TRUCK LEASING COMPANY is hereby dismissed, without prejudice.

2. Plaintiffs and Penske will each bear their own fees and costs incurred as of the date of this stipulation.

3. Should continuing discovery and investigation give cause for Plaintiffs to rename Penske in this action, Plaintiffs will serve Penske with a Summons and Complaint pursuant to the requirements of the *Federal Rules of Civil Procedure*. Penske's time to respond to the Complaint will be measured from the date and manner of service pursuant to the *Federal Rules of Civil*

-1-

*Procedure.* Plaintiffs and Penske agree that Plaintiffs must re-serve the Complaint on Penske no later than 90 days before the dispositive motion cut-off deadline. If service of the Complaint on Penske is not perfected within 90 days, then Penske shall be dismissed, with prejudice, from the action.

4. Penske agrees to waive any defense based upon the running of the statute of limitations or any passage of time defense, except as to those statutes, if any, that may have expired prior to the initial filing of Plaintiffs' Complaint.

**IT IS SO ORDERED.**

Dated: March 15, 2017

VINCE G. CHHABRIA
UNITED STATES DISTRICT JUDGE