ERIC J. RATINOFF / SBN: 166204
MARLA C. STRAIN / SBN: 132142
**ERIC RATINOFF LAW CORP.**
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 970-9100
Facsimile: (916) 246-1696
Email: eric@ericratinoff.com
Email: mstrain@ericratinoff.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER URPS, an individual, JAMES URPS, an individual, and JOSHUA URPS, an individual<br><br>Plaintiffs,<br><br>v.<br><br>JOHN CURTIS SKAGGS, an individual, RIVERSIDE TRANSPORT INC., a Delaware corporation; PENSKE TRUCK LEASING CORPORATION, a Delaware corporation; and DOES 1 through 15, inclusive,<br><br>Defendants. | Case No.: 2:16-CV-02185-VC<br>THE HONORABLE VINCE CHHABRIA<br><br><br><br>**STIPULATION AND [~~PROPOSED ORDER~~] TO EXTEND MEDIATION CUT-OFF AND MODIFY TRIAL MANAGEMENT SCHEDULE**<br><br><br><br>Case Removed: September 14, 2016 |

IT IS HEREBY STIPULATED by the parties, through their attorneys of record, as follows:

WHEREAS, pursuant to the Court's December 6, 2016 Order After Hearing on Initial Case Management Conference, Document 2, jury trial is scheduled for November 13, 2017. The parties do not seek a continuance of the November 13, 2017 trial date.

WHEREAS, pursuant to the Court's December 6, 2016 Order, Document 2, the deadline to complete mediation is May 1, 2017.

WHEREAS, pursuant to the Court's December 6, 2016 Order, Document 2, the fact discovery cut-off is June 22, 2017.

/ / /

WHEREAS, pursuant to the Court's December 6, 2016 Order, Document 2, the deadline for initial expert disclosures is May 31, 2017; the deadline for disclosure of rebuttal experts is June 21, 2017; and the deadline for closure of expert discovery is July 18, 2017.

WHEREAS, the parties have agreed to mediate this matter with Hon. Cecily Bond (Ret.).

WHEREAS, the parties agree that a sixty (60) day continuance of the May 1, 2017 mediation cut off will result in a more meaningful mediation. The parties further agree that a sixty (60) day continuance of the June 22, 2017 fact discovery cut off and the May 31, 2017 deadline for initial expert disclosures (and related expert deadlines), will benefit all parties and increase the chance mediation with Judge Bond will resolve the pending litigation.

IT IS HEREBY STIPULATED that:

1. Mediation cutoff be continued for sixty (60) days. The new mediation cutoff will be June 30, 2017.

2. Fact discovery cutoff be continued for sixty (60) days. The new fact discovery cutoff will by August 21, 2017.

3. Initial Expert Disclosure, and related expert dates, be continued for sixty (60) days. The new Initial Expert Disclosure will be July 31, 2017; the new Rebuttal Expert Disclosure will be August 21, 2017; the new Close of Expert Discovery will be September 18, 2017.


Dated: April 10, 2017       **ERIC RATINOFF LAW CORP.**




By:   /s/ MARLA C. STRAIN
      MARLA C. STRAIN
      ERIC RATINOFF
      401 Watt Avenue
      Sacramento, CA 95864
      Telephone: (916) 970-9100
      Facsimile: (916) 246-1696
      *Attorneys for Plaintiffs*

Dated:  April 10, 2017                    **SELMAN BREITMAN LLP**

By:    /s/ BRADFORD G. HUGHES (with permission)
        BRADFORD G. HUGHES
        11766 Wilshire Blvd., Sixth Floor
        Los Angeles, CA  90025
        Telephone:  (310) 445-0800
        Facsimile: (310) 473-2525
        *Attorneys for Defendants*

IT IS SO ORDERED.


Dated: ___April 14, 2017_____        _____
                                          UNITED STATES DISTRICT JUDGE